UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAHA GLOBAL INC., and ALI AGHAEI,

                Plaintiffs,

-against-

TD BANK, N.A.,

                Defendant.

**ORDER**

24-CV-5800 (PMH)

PHILIP M. HALPERN, United States District Judge:

Defendant removed this action from the Supreme Court of the State of New York, County of Westchester, on July 31, 2024. (Doc. 1). On August 28, 2024, Defendant filed a letter requesting a pre-motion conference concerning its anticipated motion to dismiss the Complaint. (Doc. 7). The Court directed Plaintiffs to respond to Defendant's pre-motion letter by September 10, 2024. (Doc. 9).

The Court was advised, via a September 9, 2024 email communication[1], that Plaintiffs seek a 30-day stay of this matter to allow Plaintiffs time to secure new counsel. Plaintiffs' application is denied to the extent Plaintiffs request a stay of proceedings. However, Plaintiffs' time to respond to Defendant's August 28, 2024 letter requesting a pre-motion conference is extended to October 10, 2024. Additionally, by October 10, 2024, a notice of appearance shall be filed by new counsel for Plaintiffs.

Outgoing counsel for Plaintiffs is directed to serve a copy of this Order upon Plaintiffs and file proof of service on the docket by September 19, 2024.

---

[1] Counsel for Defendant is listed as a recipient of this email communication. Counsel for Plaintiffs advised that they are "actively working to register for e-filing privileges with this court" and "will upload [this request] accordingly once access is granted."

1

2

Dated: White Plains, New York
       September 12, 2024

**SO ORDERED**:

_____
Philip M. Halpern
United States District Judge